IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF WEST VIRGINIA, by and through the WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:15-cv-16018 |
| JAMES C. JUSTICE COMPANIES, INC., JAMES C. JUSTICE, II, and HIGH MOUNTAIN LIVING, LLC, ) ) ) ) | |
| Defendants. ) ) | |

**PLAINTIFFS' NOTICE OF LODGING OF PROPOSED
CONSENT DECREE AND STIPULATION AND ORDER**

Plaintiffs the United States of America ("United States") and the State of West Virginia ("the State") hereby notify the Court that they are lodging a proposed Consent Decree and a proposed Stipulation and Order ("Stipulation"). The proposed Consent Decree and Stipulation contain the terms of separate proposed settlements that, if approved, will resolve all claims in this action against the Defendants.

Plaintiffs respectfully request that the Court withhold consideration of the Consent Decree and the Stipulation while the United States provides an opportunity for public comment pursuant to 28 C.F.R. § 50.7, and the State provides an opportunity for public comment pursuant to W. Va. Code R. § 47-10-16.2.c. The United States Department of Justice will submit a notice of the proposed Consent Decree and Stipulation for publication in the Federal Register stating

1

that the Decree and Stipulation have been lodged with the Court. The notice will solicit public comment for a period of 30 days. In addition, the West Virginia Department of Environmental Protection will publish a notice in a general circulation newspaper pursuant to W. Va. Code R. § 47-10-16.2.c. The notice will solicit public comment for a period of 30 days.

During the comment period described above, no action is required of the Court as to the proposed Consent Decree or the proposed Stipulation. After close of the public comment period, the United States and the State will evaluate any comments they receive and timely advise the Court as to whether the United States and the State request that the Court enter the proposed Consent Decree and the proposed Stipulation.

Respectfully submitted,

Dated: December 10, 2015

FOR THE UNITED STATES OF AMERICA:

JOHN C. CRUDEN
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

R. BOOTH GOODWIN II
United States Attorney for the
Southern District of West Virginia

*/s/ Austin D. Saylor*_____
AUSTIN D. SAYLOR
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, DC 20004
Phone: (202) 514-1880
Fax:    (202) 514-8865
saylor.austin@usdoj.gov

/s/ Gary L. Call
GARY L. CALL
Assistant United States Attorney
West Virginia State Bar No. 589
P.O. Box 1713
Charleston, WV 25326
Phone: (304) 345-2200
Fax:    (304) 347-5440
gary.call@usdoj.gov

OF COUNSEL:

STEFANIA D. SHAMET
Office of Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, PA 19103


FOR THE STATE OF WEST VIRGINIA:

/s/ Scott Driver
SCOTT DRIVER, W.Va. Bar ID #9846
West Virginia Department of Environmental Protection
Office of Legal Services
601 57th Street SE
Charleston, WV 25304
Phone: (304) 926-0460 x 1453
Fax: (304) 926-0461
charles.s.driver@wv.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2015, I mailed the foregoing Plaintiffs' Notice of Lodging Proposed Consent Decree and Stipulation and Order by United States Postal Service, first-class, to the following non-CM/ECF participants (counsel for Defendants):

Michael Callaghan (counsel for James C. Justice, II and James C. Justice Companies, Inc.)
Law Offices of Neely & Callaghan
159 Summers Street
Charleston, WV 25301
(304) 343-6500

Robert L. Hogan (counsel for High Mountain Living, LLC)
Bowles Rice
600 Quarrier Street
Charleston, WV 25301
(304) 347-1114

                                     */s/ Austin D. Saylor*
                                     AUSTIN D. SAYLOR
                                     U.S. Department of Justice
                                     Environment and Natural Resources Division
                                     Environmental Defense Section
                                     601 D Street, N.W., Suite 8000
                                     Washington, DC 20004
                                     Phone: (202) 514-1880
                                     Fax:    (202) 514-8865
                                     saylor.austin@usdoj.gov