## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BLUEFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF WEST VIRGINIA, by and through the WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>       Plaintiffs,<br><br>       v.<br><br>JAMES C. JUSTICE COMPANIES, INC., JAMES C. JUSTICE, II, and HIGH MOUNTAIN LIVING, LLC,<br><br>       Defendants. | Civil Action No. 1:15-cv-16018 |

### PLAINTIFFS' MOTION TO ENFORCE CONSENT DECREE

Plaintiffs the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), and the State of West Virginia, by and through the West Virginia Department of Environmental Protection, hereby move the Court to enforce the Consent Decree that this Court entered on February 25, 2016. ECF No. 13. As explained in the supporting Memorandum of Law, Defendants James C. Justice Companies, Inc., and James C. Justice, II ("Justice Defendants") have failed to comply with certain stream restoration-related requirements of the Decree; specifically, the submittal of post-restoration monitoring reports to EPA and the recording of deed restrictions to permanently protect the restored portions of the property.

Accordingly, and as specified in more detail in the accompanying proposed Order, Plaintiffs respectfully request that the Court enforce the Consent Decree by requiring the Justice

Defendants to: (1) within 30 days, record deed restrictions that are in accordance with Paragraph 29 and Appendix B of the Decree; (2) within 60 days, submit to EPA an initial post-restoration monitoring report assessing whether any additional restoration work is necessary; (3) beginning in April 2022, and for ten years thereafter at the intervals specified in the proposed Order (unless the parties otherwise agree to a shorter period), submit to EPA additional post-restoration monitoring reports; (4) reimburse the United States' costs of litigation, including reasonable attorneys' fees, in seeking enforcement of the Consent Decree; and (5) grant any other monetary and injunctive relief the Court deems appropriate.

Respectfully submitted,

Dated: September 8, 2021

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

LISA G. JOHNSTON
Acting United States Attorney for the
Southern District of West Virginia

/s/ Austin D. Saylor
AUSTIN D. SAYLOR
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 598-7867
austin.saylor@usdoj.gov

/s/ Fred B. Westfall, Jr.
FRED B. WESTFALL, JR.
Assistant United States Attorney
West Virginia State Bar No. 3992
300 Virginia Street East, Room 4000
Charleston, WV 25301
Phone: (304) 345-2200

Fax:     (304) 347-5440
fred.westfall@usdoj.gov


FOR THE STATE OF WEST VIRGINIA

KATHERYN D. EMERY
Acting Director
Division of Water and Waste Management
West Virginia Department of Environmental
        Protection

*/s/ Scott Driver*
Scott Driver (WV Bar ID #9846)
West Virginia Department of Environmental
        Protection
601 57th Street Southeast
Charleston, West Virginia 25304
Telephone: (304) 926-0499
Facsimile: (304) 926-0461
charles.s.driver@wv.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2021, I served the foregoing "Plaintiffs' Motion to Enforce Consent Decree" through the Court's CM/ECF system to the following counsel for Defendants:

Michael O. Callaghan (counsel for James C. Justice, II and James C. Justice Companies, Inc.)
Law Offices of Neely & Callaghan
1337 Virginia Street, East
Charleston, WV 25301
(304) 343-6500
mcallaghan@neelycallaghan.com

Stephen W. Ball
P.O. Box 1085
Beckley, WV 25802 (counsel for James C. Justice, II)
(304) 252-8528
steve@bluestoneindustries.com


/s/ Austin D. Saylor
AUSTIN D. SAYLOR
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 598-7867
austin.saylor@usdoj.gov